**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

| | |
|---|---|
| MEDICAL MUTUAL INSURANCE COMPANY OF NORTH CAROLINA,<br>*Plaintiff,*<br>v.<br>JONI J. JOHNSON, M.D., et al.,<br>*Defendants.* | Civil Action No. 1:19-cv-1601<br>Hon. Liam O'Grady |

**FINAL JUDGMENT**

The Court previously **GRANTED** the Plaintiff's Motion for Summary Judgment. Dkt. 122. The Court found that Summary Judgment was appropriate on Count I of the Second Amended Complaint for Declaratory Judgment. Accordingly, Declaratory Judgment is **HEREBY ENTERED** in favor of Plaintiff Medical Mutual Insurance Company of North Carolina and against all Defendants in the above captioned civil action. For the reasons stated in the previous Order, MMIC is relieved of any obligation to defend or indemnify Defendant Dr. Joni Johnson or Defendant Pediatric Partners for Attention and Learning, Inc.

It is so **ORDERED**.

September 13, 2022
Alexandria, Virginia

LOG
Liam O'Grady
United States District Judge