IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| MEDICAL MUTUAL COMPANY<br>OF NORTH CAROLINA,<br><br>*Plaintiff,*<br>v.<br><br>JONI J. JOHNSON, M.D., *et. al.*,<br><br>*Defendants.* | Case No. 1:19-cv-1601<br>Hon. Liam O'Grady<br>Hon. Theresa C. Buchanan,<br>Magistrate Judge |

NOTICE OF APPEAL

Defendants Cathy Gnik, Individually, and as Mother and Next Friend of N.A., a minor, and N.L., a minor; Courtney Andrew-Knight; Tristen Andrew-Major; Kathleen Bell, Individually, and as Mother and Next Friend of A.B., a minor; Nicki Burgess and Daniel Burgess, Individually, and as Parents and Next Friends of M.B., a minor; Brianna Cannavo, Individually, and as Mother and Next Friend of S.C., a minor; Kimberley Correa and Pedro Correa, Individually, and as Parents and Next Friends of A.C., a minor; Meagan Crawford and Carter Crawford, Individually, and as Parents and Next Friends of E.C., a minor; Sierra Davis; Valli Davis; James Davis; Kasha Haywood and Jesse Haywood, Individually, and as Parents and Next Friends of Z.H., a minor; Ralph Johnson, Jr., Individually, and as Father and Next Friend of J.J., a minor; Catherine Middlekauff; Camden Middlekauff; Leslie Cockrell-Nalls and Billy Nalls, Individually, and as Parents and Next Friends of L.N., a minor, and as Parents of Karah Nalls, and Karah Nalls, Individually; Kimberley Overton and Mark Ausley, Individually, and as Parents and Next Friends of L.O., a minor; Maria Pavlak, Individually, as Parent and Legal

Guardian of Rita Pavlak, and as personal representative of Richard Pavlak,[1] Individually and as Parent and Legal Guardian of Rita Pavlak; Christinne Govereau, Administratrix of the Estate of Austin Rodriguez, Deceased; Jeffrey Roosa; Alveena Spencer; John Viarella; Ava Waggoner; Daphney Waggoner; William Waggoner; Lisa Williams and Mario Williams, Individually and as Parents and Next Friends of J.W., a minor, and N.W., a minor; Ryland Lovitt; and Diann Carreker (collectively, the "Gnik-Lovitt Defendants"), appeal to the United States Court of Appeals for the Fourth Circuit from the order granting summary judgment entered on December 27, 2021 (ECF No. 122), the September 13, 2022 Order denying Gnik-Lovitt Defendants' Motion to Alter or Amend Judgment (ECF No. 141), and the final judgment entered on September 13, 2022 (ECF No. 142).

Dated: September 13, 2022

Respectfully submitted,

*/s/ Matthew M. White*

Matthew M. White, Esq.
VSB No. 85046
Janet, Janet & Suggs, LLC
801 Gervais Street, Suite B
Columbia, SC 29201
(803) 726-0050 (Office)
(803) 727-1059 (Facsimile)
mwhite@jjsjustice.com

Patrick A. Thronson (*pro hac vice*)
Janet, Janet & Suggs, LLC
4 Reservoir Circle, Suite 200
Baltimore, MD 21208
(410) 653-3200 (Office)
(410) 653-9030 (Facsimile)
pthronson@jjsjustice.com

*Counsel for Gnik-Lovitt Defendants*

[1] Defendant Richard Pavlak is deceased. This appeal is filed by his wife, Defendant Maria Pavlak, both Individually and as the representative of Rita Pavlak and Richard Pavlak, pursuant to Rule 43(a)(2) of the Federal Rules of Appellate Procedure.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| MEDICAL MUTUAL COMPANY OF NORTH CAROLINA, *Plaintiff,* | ) | |
| v. | ) | Case No. 1:19-cv-1601 |
| | ) | Hon. Liam O'Grady |
| JONI J. JOHNSON, M.D., *et. al.*, | ) | Hon. Theresa C. Buchanan, Magistrate Judge |
| *Defendants.* | ) | |

CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2022, the foregoing Notice of Appeal filed by the Gnik-Lovitt Defendants was served on all counsel of record through the Court's CM/ECF system. All counsel of record are registered users of the CM/ECF system.

Dated: September 13, 2022

Respectfully submitted,

*/s/ Matthew M. White*

Matthew M. White, Esq.
VSB No. 85046
Janet, Janet & Suggs, LLC
801 Gervais Street, Suite B
Columbia, SC 29201
(803) 726-0050 (Office)
(803) 727-1059 (Facsimile)
mwhite@jjsjustice.com

Patrick A. Thronson (*pro hac vice*)
Janet, Janet & Suggs, LLC
4 Reservoir Circle, Suite 200
Baltimore, MD 21208
(410) 653-3200 (Office)
(410) 653-9030 (Facsimile)
pthronson@jjsjustice.com

*Counsel for Gnik-Lovitt Defendants*